### 37289. DIXON *v.* WILSON.

FELTON, Chief Judge. The court did not err in awarding the nonsuit for two reasons: one, the plaintiff did not prove a case as alleged, *Dixie Ornamental Iron Co.* v. *Parrish*, 91 *Ga. App.* 11, 12 (84 S. E. 2d 716); and two, the plaintiff sought to recover a debt allegedly owed him out of the assets of a partnership and it did not appear that there had been a dissolution settlement or a balance struck between the parties or any admission as to a definite liability and the evidence was not such as would have supported a final accounting between the parties. *Paulk* v. *Creech*, 8 *Ga. App.* 738 (5) (70 S. E. 145); *Gunter* v. *King*, 46 *Ga. App.* 297 (167 S. E. 549); *Cox* v. *Manning*, 13 *Ga. App.* 518 (79 S. E. 484); *Bush* v. *Smith*, 77 *Ga. App.* 329, 332 (48 S. E. 2d 582).

The court did not err in awarding a nonsuit.

*Judgment affirmed. Quillian and Nichols, JJ., concur.*

DECIDED SEPTEMBER 29, 1958.

*Frank B. Stow, Robert E. Andrews,* for plaintiff in error.
*Telford, Wayne & Smith, Sidney O. Smith, Jr.,* contra.